**UNITED STATES of America,**
**Appellee,**

v.

**Richard Donnell McKINNEY, Appellant.**

**No. 71-1550.**

United States Court of Appeals,
Fourth Circuit.

Argued Nov. 2, 1971.

Decided Nov. 5, 1971.

Renn Drum, Winston-Salem, N. C. (Frank Winfree, Winston-Salem, N. C., on brief), for appellant.

William L. Osteen, U. S. Atty. (Bradley J. Cameron, Asst. U. S. Atty., on brief), for appellee.

Before BOREMAN, Senior Circuit Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Richard Donnell McKinney was found guilty of the charge of removal and possession of nontaxpaid whiskey in violation of 26 U.S.C. § 5601(a) (12) and 26 U.S.C. §§ 5205(a) (2) and 5604(a) (1). He was sentenced to serve a term of eighteen months under 18 U.S.C. § 4208 (a) (2).

On appeal McKinney contends that the refusal of the trial court to make the presentence report of the probation officer available to his counsel prior to sentencing was a denial of due process. The answer to this contention is found in the en banc decision of this court upholding the discretionary authority of the trial judge under Rule 32(c) (2) of the Fed.R.Crim.P. to deny the request of the defendant for inspection of the presentence report prior to sentencing. United States v. Knupp, 448 F.2d 412 (4 Cir., 1971).

We find no merit in other assignments of error and the judgment of conviction and sentence will be affirmed.

Affirmed.

**Ross DUNN, Plaintiff-Appellant,**

v.

**James Russell MOSLEY, Individually and as Superintendent of Schools of Harris County, Georgia, et al., Defendants-Appellees.**

**No. 71-1968.**

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 1971.

Howard Moore, Jr., Peter E. Rindskopf, Elizabeth R. Rindskopf, Atlanta, Ga., Jack Greenberg, Buford Kaigler, New York City, for plaintiff-appellant.

Forrest L. Champion, Jr., Columbus, Ga., Roy D. Moultrie, Hamilton, Ga., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**James Everett LITTLEPAGE, Defendant-Appellant.**

**No. 71–1692.**

United States Court of Appeals, Ninth Circuit.

Nov. 8, 1971.

James Everett Littlepage (argued), J. Frank McCabe, Federal Defender, San Diego, Cal., for defendant-appellant.

Shelby Gott, Asst. U. S. Atty. (argued), Harry D. Steward, U. S. Atty., Robert H. Filsinger, Chief, Crim. Div., Joseph A. Milchen, Asst. U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and WRIGHT, Circuit Judges, and BATTIN,* District Judge.

PER CURIAM:

The conviction of appellant on a two-count indictment of smuggling marihuana and merchandise in violation of 21 U.S.C. § 176a and 18 U.S.C. § 545, respectively, is confirmed. This decision is based on the merits of appellant's contentions.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.